1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FILED

2020 JUL 13 01:03 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 20-2-11085-0 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

STATE FARM FIRE AND CASUALTY
COMPANY, an Illinois corporation; RICHARD
GUSTAV and FRANCES GUSTAV,
individually and the marital community
comprised thereof; SAFECO INSURANCE
COMPANY OF AMERICA, a New Hampshire
corporation,

        Plaintiffs,

     v.

MICHAEL MCKELVEY COMPANY, LLC, a
Washington limited liability company a/k/a
and/or d/b/a RIFT CUT CONSTRUCTION,
LLC, a Washington limited liability company;
CARLOS ORDONEZ VASQUEZ, individually
and d/b/a MCO PAINTING, INC., a Washington
corporation; DOES 1-10.

        Defendants.

Cause No.: _____

**COMPLAINT FOR DAMAGES**

## INTRODUCTION

This cause of action arises from fire losses that occurred at Richard Gustav and Frances

Gustav's house located at 8622 Fauntlee Crest SW, Seattle, Washington, 98136 ("Subject

Property 1") and Ann Erickson's house located at 8624 Fauntlee Crest SW, Seattle,

Washington 98136 ("Subject Property 2") on July 17, 2018 ("Subject Fire").

COMPLAINT FOR DAMAGES - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 1 of 6

1

2

3

   Come now Plaintiffs State Farm Fire and Casualty Company ("State Farm"), Richard Gustav and Frances Gustav, and Safeco Insurance Company of America ("Safeco"), by and through undersigned counsel of record, state and allege as follows:

4

**I. PARTIES AND JURISDICTION**

5

6

7

   1.1  At all times relevant, Plaintiff State Farm was and is an Illinois corporation duly organized under the laws of Illinois with its principal place of business in Bloomington, Illinois.

8

9

10

   1.2  At all times relevant, Plaintiffs Richard Gustav and Frances Gustav are a married couple domiciled in King County, Washington and jointly owned the Subject Property 1.

11

12

   1.3  At all times relevant, State Farm provided insurance to its insured Richard Gustav and Frances Gustav for the Subject Property 1, in case of fire or other casualty.

13

14

15

   1.4  At all times relevant, Plaintiff Safeco was and is a New Hampshire corporation duly organized under the laws of New Hampshire with its principal place of business in Keene, New Hampshire.

16

17

   1.5  At all times relevant, Safeco provided insurance to its insured Ann Erickson for the Subject Property 2, in case of fire or other casualty.

18

19

20

21

   1.6  Upon information and belief, Defendant Michael McKelvey Company, LLC a/k/a and/or d/b/a Rift Cut Construction, LLC  (collectively hereinafter "Michael McKelvey") was a Washington limited liability company with its principal place of business in Seattle, Washington.

22

23

24

25

   1.7  Upon information and belief, Defendant Carlos Ordonez Vasquez is an individual domiciled in King County, Washington, and at all times relevant was and is doing business under the name MCO Painting, Inc. (collectively hereinafter "MCO"), a Washington corporation with its principal place of business in Seattle, Washington.

26

COMPLAINT FOR DAMAGES - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 2 of 6

1.8     Certain Doe individuals and/or entities who have yet to be identified with particularity may share in fault for this losses and Plaintiffs reserve the right to name said parties at a later date.

1.9     This Court is vested with jurisdiction pursuant to RCW 2.08.010.

1.10    Venue is properly laid in this Court pursuant to RCW 4.12.025.

## II.  FACTS

2.1     Plaintiffs re-allege all preceding paragraphs as though fully set forth herein.

2.2     Upon information and belief, Michael McKelvey was working as a general contractor to conduct a remodel of the Subject Property 1.

2.3     Upon information and belief, Michael McKelvey hired MCO to conduct certain work at the Subject Property 1.

2.4     A fire occurred at the Subject Property 1, which spread to and damaged the Subject Property 2.

2.5     Seattle Fire Department Investigation Division concluded that the fire was the result of improperly discarded stain oil soaked cloth rags that were left in a plastic garbage bag beneath the south exterior deck, next to the wood wall and caused substantial fire damages to the Subject Property 1 and Subject Property 2.

2.6     Subsequent investigation further confirmed that the stain oil soaked cloth rags spontaneously combusted as a result of an exothermic chemical reaction and ignited nearby combustible materials.

2.7     Richard Gustav and Frances Gustav suffered uninsured losses associated with the Subject Fire, estimated to be no less than $706,441.25.

2.8     Richard Gustav and Frances Gustav submitted a claim to State Farm pursuant to their insurance policy, and State Farm has paid out $1,813,159.99 under the policy.

2.9     Ann Erickson submitted a claim to Safeco pursuant to her insurance policy, and Safeco has paid out $16,964.69 under the policy.

COMPLAINT FOR DAMAGES - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 3 of 6

2.10     Plaintiffs State Farm and Safeco are equitably, contractually and legally subrogated to all rights and remedies that its insureds may have against Defendants to the extent of its payments made under the insurance policy.

### III.  COUNT ONE – NEGLIGENCE
**(Against Defendants Michael McKelvey and MCO)**

3.1     Plaintiffs re-allege all preceding paragraphs as though fully set forth herein.

3.2     Defendants owed a duty of reasonable care to ensure that the work being performed at the Subject Property 1 was being performed in a safe, workmanlike manner, consistent with industry standards and to ensure a safe work environment so as not to create an unreasonable risk of fire.

3.3      Defendants negligently and carelessly breached their duty of reasonable care by improperly discarding, causing to be improperly discarded or failing to properly instruct regarding the discarding of stain oil soaked cloth rags in the plastic garbage bag rather than disposing of them in a non-combustible container or location (e.g. a metal container filled with water) and in violation of industry standards, and the product's warnings and instructions.

3.4     Plaintiffs' damages resulted through no fault of Plaintiffs' insureds.

3.5     As a direct and proximate result of Defendants' negligent actions and/or omissions, Plaintiffs incurred damages in an amount to be proven at trial.

### IV.  COUNT TWO – BREACH OF CONTRACT
**(Against Defendant Michael McKelvey)**

4.1     Plaintiffs re-allege all preceding paragraphs as though fully set forth herein.

4.2     Richard Gustav and Frances Gustav entered into a construction contract with Michael McKelvey to perform remodeling work at the Subject Property 1.

4.3     Implied in the terms of this contract was that Michael McKelvey would perform and/or cause the work to be performed in a competent, professional, and safe manner in accordance with generally accepted industry practices and to ensure a safe work

COMPLAINT FOR DAMAGES - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 4 of 6

environment where certain activities of its subcontractors, including MCO, were observing proper safety precautions, to institute a safety plan, and to otherwise prevent an unreasonable risk of fire.

4.4     Michael McKelvey breached the contract when it failed to perform its duties and obligations in violation of industry standards, written instructions, warnings and directions, and in failing to ensure a safe work environment.

4.5     As a direct and proximate result of Michael McKelvey's breach of contract, Plaintiffs incurred damages in an amount to be proven at trial.

## V.     COUNT THREE – LIABILITY
### (Against Defendant Does 1-10)

5.1     Plaintiffs re-allege all preceding paragraphs as though fully set forth herein.

5.2     The subject losses may have been the whole or partial responsibility of parties not currently known to Plaintiffs at the time of the filing of this Complaint.

5.3     If such parties are later identified, subject to jurisdiction, service of process, and enforcement of judgment under Washington law, Plaintiffs will amend this Complaint to substitute said parties for there Does 1-10.

## VI.  PRAYER FOR RELIEF

WHEREFORE Plaintiffs pray for judgment in its favor and against Defendants as follows:

6.1     For damages to real and personal property in an amount to be proven at trial;

6.2     For consequential and incidental damages as may be proven at trial;

6.3     For Plaintiffs' costs and expenses incurred herein;

6.4     For the full amount of interest as allowed by law, including all prejudgment interest up until the time judgment is rendered herein;

6.5     For attorney's fees to the extend allowed by law; and

COMPLAINT FOR DAMAGES - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 5 of 6

6.6     For any further relief the Court deems fair, reasonable and equitable under the circumstances.

DATED this 13th day of July, 2020.

WILLIAMS LAW OFFICE


By: */s/Bryan Campbell for Gary Williams*
      *– email authorization*
      Gary Williams, WSBA #9580
      Attorney for Plaintiffs Richard Gustav and
      Frances Gustav


COZEN O'CONNOR


By:  *Bryan R. Campbell*
      Bryan R. Campbell, WSBA #36510
      Attorney for Plaintiffs State Farm Fire and
      Casualty Company and Safeco Insurance
      Company of America

COMPLAINT FOR DAMAGES - 6

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\47332820\1

Exhibit 3
Page 6 of 6